**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABYENT MARKETING, INC., | CASE NO.: CV 10-4576-GW(FMOx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION** |
| vs. | |
| VEERU KORITELA, et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety pursuant to F.R.Civ.P. 41(a) or (c).

DATED: March 28, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1